18114.   MIDDLEBROOKS *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of assault with intent to murder; his motion for a new trial was based upon the usual general grounds only; the evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Assault with intent to murder; from Fulton superior court— Judge Howard. February 19, 1927.

*E. G. Jackson,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

---

18115.   MIDDLEBROOKS *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of carrying a concealed pistol; his motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Carrying concealed weapon; from Fulton superior court—Judge Howard. February 19, 1927.

*E. G. Jackson,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.